## Case No. 10,176.

### NEWMAN v. DAVIS.

[2 Cranch, C. C. 16.] [1]

Circuit Court, District of Columbia. Dec. Term, 1810.

ACTIONS—TRESPASS VI ET ARMIS FOR ASSAULTING PLAINTIFF'S SLAVE.

Trespass vi et armis will lie for assaulting and shooting the plaintiff's slave, without a per quod servitium amisit.

Trespass vi et armis for assaulting and shooting the plaintiff's slave. Motion in arrest of judgment, that trespass vi et armis does not lie. It ought to be a special action upon the case; the damages being consequential only.

But THE COURT (THRUSTON, Circuit Judge, doubting) overruled the motion.